# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**Kenneth Hoffman, et al.,**

          **Plaintiffs,**

**v.**          **CIVIL NO. 15-2640-DDC-KGG**

**Poulson Pizza LLC, et al.,**

          **Defendants.**

**( )**   **JURY VERDICT.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( x )**   **DECISION BY THE COURT.**   This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order granting plaintiffs' Renewed Unopposed Motion for Final Approval of Collective Action Settlement and for Approval of Award of Attorneys' Fees and Expenses (Docs. 71 & 72) entered on 1/3/2017, that the court approves the parties' settlement agreement and this case is dismissed.

    **IT IS SO ORDERED.**

Entered on the docket 1/3/2017

**Dated:   January 3, 2017**        **TIMOTHY M. O-BRIEN, CLERK**

          **s/ M. Barnes**
          **Deputy Clerk**